1  **CAROL ANN MOSES  #164193**
   Attorney at Law
2  7636N. Ingram Ave., #104
   Fresno, California  93720
3  Telephone:  (559) 449-9069
   Facsimile:   (559) 513-8530
4

5  Attorney for Defendant, ABHISHEK BINWAL

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE 6:16-po-00694-MJS |
| 12                Plaintiff, | **STIPULATION TO CONTINUE INITIAL APPEARANCE TO JANUARY 10, 2016; ORDER THEREON** |
| 13         v. | |
| 14  ABHISHEK BINWAL, | |
| 15                Defendant. | |
| 16 | |

17        **IT IS HEREBY STIPULATED** by and between the Defendant, ABHISHEK BINWAL,
18
   his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park
19
   Service, SUSAN ST. VINCENT, that the Initial Appearance in the above-captioned matter
20
   currently set for December 6, 2016, at 10:00 a.m. be continued until January 10, 2017, at 10:00
21
22 a.m.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

---
STIPULATION TO CONTINUE INITIAL
APPEARANCE TO NOVEMBER 15, 2016;
ORDER THEREON

1

This request is being made to allow defense counsel to consolidate trips to Yosemite.

Dated:  December 5, 2016                     /s/ Carol Ann Moses
                                             CAROL ANN MOSES
                                             Attorney for Defendant,
                                             ABHISHEK BINWAL

Dated:  December 5, 2016                     /s/ Susan St. Vincent
                                             SUSAN ST. VINCENT
                                             Legal Officer
                                             National Park Service

## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

    The Initial Appearance for Abhishek Binwal, in case number 6:16-po-00694-MJS, that is currently scheduled for December 6, 2016, at 1:00 p.m. shall be continued to January 10, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   December 5, 2016              /s/ *Michael J. Seng*
                                       UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE INITIAL
APPEARANCE TO NOVEMBER 15, 2016;
ORDER THEREON